

United States Department of Justice

*United States Attorney*
*Northern District of New York*

*445 Broadway, Room 218*    *Tel.: (518) 431-0247*
*James T. Foley U.S. Courthouse*    *Fax: (518) 431-0249*
*Albany, New York 12207-2924*

January 11, 2024

Via ECF

Hon. Lawrence E. Kahn
Senior U.S. District Judge
James T. Foley U.S. Courthouse
445 Broadway, Room 424
Albany, New York 12207

Re:    *United States v. Mann*, 1:20-CR-199 (LEK)

Dear Judge Kahn:

I write to respectfully ask for a tenth 90-day deadline extension to fully identify the victims who are entitled to restitution in this case. The current deadline is January 16, 2024.

The Court sentenced Michael Mann on August 4, 2021, and entered judgment on August 12. The Court ordered restitution but deferred the determination of all victims for a period of 90 days, as the Government requested more time to identify victims given the complexity of the fraud. The judgment provided that "[t]he government shall file a request with the Court if additional time is needed beyond the 90 day period to fully identify the restitution payees."

The Government respectfully asks for a tenth 90-day deadline extension, measured from today's date, to fully identify victims to the Court so that an amended judgment can be entered. The Court has approved nine such previous requests by the Government, setting a compliance deadline of January 16, 2024. Dkt. no. 152.

The reason for the request is the same, namely the pendency of numerous lawsuits and motions whose resolution would facilitate the full identification of victims and the amount each victim is owed. *See*, *e.g.*, United States v. Pioneer Bank, 20-cv-487 (DNH)[1]; Southwestern Payroll

---

[1] In this case, a Department of Justice attorney wrote to Judge Stewart on January 10, 2024, seeking a 45-day extension of the stay of all discovery deadlines, explaining "[t]he Parties report that they are close to the end of the process, and they expect to be finalizing settlement discussions and documents in the coming weeks, and then obtain necessary approvals."

Letter to Hon. Lawrence E. Kahn
*United States v. Mann*, 1:20-CR-199 (LEK)
January 11, 2024
Page 2


Service, Inc. v. Pioneer Bancorp, 19-cv-1349 (FJS). These matters also include third-party claims to seized assets, filed in this very case.

Thank you for your attention to this matter.

Respectfully submitted,

*/s/ Michael Barnett*
Assistant U.S. Attorney