

United States Department of Justice

*United States Attorney*
*Northern District of New York*

*445 Broadway, Room 218*         *Tel.: (518) 431-0247*
*James T. Foley U.S. Courthouse*   *Fax: (518) 431-0249*
*Albany, New York 12207-2924*

January 20, 2024

Via ECF

Hon. Lawrence E. Kahn
Senior U.S. District Judge
James T. Foley U.S. Courthouse
445 Broadway, Room 424
Albany, New York 12207

Re:   United States v. Michael Mann, Case No. 20-CR-199 (LEK) (DJS)

Dear Judge Kahn:

On October 14, 2022, Judge Stewart issued a Report and Recommendation ("R&R") regarding the Government's motion to dismiss third-party claims to the assets that the Government forfeited in this criminal case. Dkt. no. 132.

Both the Government and Pioneer Bank opposed portions of the R&R, and all matters were fully briefed as of November 21, 2022. Dkt. no. 141. (Pioneer Bank sought leave to file a reply brief, which the Court denied on December 13, 2022. Dkt. no. 143.)

I write to respectfully ask whether the Court needs any additional briefing with respect to the R&R, or wishes to hold a status conference on any matter relating to the third-party claims, given the amount of time that has passed without decision on the R&R.

Thank you for your attention to this matter.

Respectfully submitted,

*/s/ Michael Barnett*
Assistant U.S. Attorney