

United States Department of Justice

*United States Attorney*
*Northern District of New York*

*445 Broadway, Room 218*  Tel.: (518) 431-0247
*James T. Foley U.S. Courthouse*  Fax: (518) 431-0249
*Albany, New York 12207-2924*

June 14, 2024

Via ECF

Hon. Lawrence E. Kahn
Senior U.S. District Judge
James T. Foley U.S. Courthouse
445 Broadway, Room 424
Albany, New York 12207

Re:   United States v. Michael Mann, Case No. 20-CR-199 (LEK) (DJS)

Dear Judge Kahn:

On May 24, 2024, the Government filed a motion for an order permitting disclosure pursuant to Rule 6(e)(3)(E)(i), as well as an associated protective order. Dkt. no. 173.

I am writing to inform the Court that third-party claimants Cachet Financial Services and Pioneer Bank consent to the entry of the proposed order. For this reason, and for the reasons set forth in the Government's motion, I respectfully ask that the Court grant the Government's motion, and enter the proposed order, at its earliest convenience.

Thank you for your attention to this matter.

Respectfully submitted,

*/s/ Michael Barnett*
Assistant U.S. Attorney